May 20, 2014

CCB-14-1685

Clerk of Courts
US District Court for the District of Maryland
Northern Division
101 W. Lombard St.
Baltimore, MD 21201

____FILED  ____ENTERED
____LODGED ____RECEIVED

MAY 27 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Please find enclosed the filings required to launch a new civil suit in the US District Court for the District of Maryland, Northern Division.

Attached, you will find:

A case cover sheet.
A copy of my "Forma Pauperis"
Two copies of the summons for each of the Defendants.
A copy of the complaint for the court
A copy of the complaint for each of the defendants.

I wish I had the money to file the requisite filing fee. But I cannot allow the fact that I am a retired, disabled person living on a fixed income stop me from seeking justice.

Please do what you can to ensure a speedy decision on the Forma Pauperis, and a speedy docketing of this case.

Thank you.

*[signature]*

William M. Schmafeldt
6636 Washington Blvd. #71
Elkridge, MD 21075