May 22, 2014

Clerk of Court
US District Court for the District of Maryland
Northern Division
101 W. Lombard St.
Baltimore, MD 21201



**RE: My recently filed lawsuit against William John Joseph Hoge III et al.**

Please be informed that I no longer intend to pursue a lawsuit against Mr. Hoge or any of the other defendants in the lawsuit I filed with you that you should have received via mail yesterday.

Since I filed a "Pauper Filing" form, no refund will be necessary.

Please destroy your copies of the filings and accept my thanks.

Sincerely.

William M. Schmalfeldt
6636 Washington Blvd. #71
Elkridge, MD 21075

CERTIFIED MAIL
RETURN RECEIPT REQUESTED