**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| WILLIAM M. SCHMALFELDT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | Civil Action No.  CCB-14-1685 |
| | * | |
| WILLIAM JOHN JOSEPH HOGE, III, et al. | * | |
| | * | |
| Defendants. | * | |
| | *** | |

# O R D E R

Upon review of self-represented plaintiff William M. Schmalfeldt's correspondence stating his intention to withdraw this lawsuit, it is this 29th day of May, 2014, by the United States District Court for the District of Maryland, hereby ORDERED:

1. The Motion to Proceed in Forma Pauperis (ECF No. 2) IS DISMISSED as moot;

2. Plaintiff's correspondence, treated as a Motion to Voluntarily Dismiss, IS GRANTED;

3. The case IS DISMISSED without prejudice;

4. The Clerk SHALL CLOSE this case; and

5. The Clerk SHALL SEND a copy of this order to plaintiff.

_____/s/_____
Catherine C. Blake
United States District Judge